**Brenda CARNELL, Respondent,**

v.

**Marty J. MENZ and Jerri L. Menz, Appellants.**

**ED 103473**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Filed: July 19, 2016

Isaac G. Venable, Osburn, Hine, Yates & Murphy, LLC, Cape Girardeau, for Respondent.

Michael A. Moroni, Donald R. Rhodes, Bloomfield, for Appellants.

Before Roy L. Richter, P.J., Gary M. Gaertner, Jr., J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Marty J. Menz and Jerri L. Menz (collectively, "Appellants"), husband and wife, appeal from the trial court's judgment granting their neighbor Brenda Carnell's ("Respondent") Second Amended Petition for trespass and ejectment over an eight-foot wide patch of land. We affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).